UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL THOMAS HARVEY, | No. 2:10-CV-1653 KJM EFB PS |
| Plaintiff, | |
| v. | ORDER |
| CITY OF SOUTH LAKE TAHOE, et al., | |
| Defendants. | |

    Plaintiff, proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On August 27, 2013, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 27, 2013 are adopted in full;

2. Defendant El Dorado County's motion to dismiss, ECF No. 80, is granted;

3. Plaintiff's claims against the County are dismissed without leave to amend;

4. The City defendants' motion to dismiss, ECF No. 81, is granted;

5. Plaintiff's claims against the City are dismissed without leave to amend;

6. Plaintiff's claims against the individual defendants are dismissed with leave to amend; and

7. Plaintiff is given thirty days from the date of this order to file his fifth amended complaint against the individual defendants.

DATED: September 30, 2013.

_____
UNITED STATES DISTRICT JUDGE