UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL THOMAS HARVEY,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW EISSINGER, CHARLES DUKE, SHANNON LANEY, and JAKE HERMINGHAUS,<br><br>Defendants. | No. 2:10-cv-1653-KJM-EFB PS<br><br><br><br>ORDER |

On November 27, 2013, defendants filed a motion to dismiss the fifth amended complaint for failure to state a claim.[1] ECF No. 97. Defendants noticed the hearing on that motion for January 8, 2014. *Id*. Pursuant to this court's local rules, plaintiff was required to file an opposition or a statement of non-opposition to the motion by December 26, 2013. *See* E.D. Cal. L.R. 230(c); Fed. R. Civ. P. 6(a).

Plaintiff failed to timely file an opposition or statement of non-opposition. Therefore, on December 30, 2013, plaintiff was ordered to show cause, in writing, no later than January 15, 2014, why sanctions should not be imposed for failure to timely file an opposition or a statement of non-opposition to the pending motion. ECF No. 99. The order also continued the hearing on

---

[1] This case, in which plaintiff is proceeding pro se, is before the undersigned pursuant to 28 U.S.C. § 636(b)(1) and Eastern District of California Local Rule 302(c)(21).

1

defendants' motion to dismiss to January 29, 2014, and ordered plaintiff to file an opposition or statement of non-opposition to the pending motion no later than January 15, 2014. *Id*. As of the date of this order, plaintiff has not filed an opposition or statement of non-opposition. However, court records reflect that the Clerk of the Court failed to serve plaintiff with the December 30 order to show cause. That order shall be served on plaintiff forthwith. Further, plaintiff will be given additional time to file an opposition or statement of non-opposition and to respond to the December 30, 2013 order to show cause.

Accordingly, it is hereby ORDERED that:

1. The Clerk is directed to serve plaintiff with a copy of the court's December 30, 2013 order to show cause, ECF No. 99.

2. The court's December 30, 2013 order to show cause is modified as follows:

  a. The hearing on defendants' motion to dismiss (ECF No. 97) is continued to February 26, 2014.

  b. Plaintiff shall show cause, in writing, no later than February 12, 2014, why sanctions should not be imposed for failure to timely file an opposition or a statement of non-opposition to the pending motion.

  c. Plaintiff shall file an opposition to the motion, or a statement of non-opposition thereto, no later than February 12, 2014.

  d. Failure of plaintiff to file an opposition to the motion will be deemed a statement of non-opposition thereto, and may result in a recommendation that this action be dismissed for lack of prosecution and/or for failure to comply with court orders and this court's Local Rules. *See* Fed. R. Civ. P. 41(b).

  e. Defendants may file a reply to plaintiff's opposition, if any, on or before February 19, 2014.

DATED: January 17, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2