UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL THOMAS HARVEY,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW EISSINGER, CHARGLES DUKE, SHANNON LANEY, and JAKE HERMINGHAUS,<br><br>Defendants. | No.  2:10-cv-1653-KJM-EFB PS<br><br><br><br>ORDER TO SHOW CAUSE |

On November 27, 2013, the remaining defendants filed a motion to dismiss plaintiff's fifth amended complaint for failure to state a claim. ECF No. 97. The hearing was originally noticed for January 8, 2014, but was subsequently continued to April 9, 2014. *See* ECF Nos. 99, 100, 103. At the April 9 hearing, attorney Thomas Watson appeared on behalf of defendants; plaintiff failed to appear.

Local Rule 230(i) provides that "[a]bsent notice of intent to submit the matter on the briefs, failure to appear [at the hearing] may be deemed withdrawal of the motion or of opposition to the motion, in the discretion of the Court, or may result in the imposition of sanctions." Failure to comply with the court's Local Rules or the orders of this court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." E.D. Cal. L.R. 110; *see also Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995)

1

("Failure to follow a district court's local rules is a proper ground for dismissal."). Therefore, plaintiff is ordered to show cause why sanctions should not be imposed for his failure to appear at the April 9, 2014 hearing on defendants' motion to dismiss.

Accordingly, it is hereby ORDERED that:

1. Plaintiff shall show cause, in writing, on or before April 23, 2014, why sanctions should not be imposed for his failure to appear at the April 9, 2014 hearing.
2. Failure to comply with this order may result in a recommendation that this action be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

DATED: April 9, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2